IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY GREEN, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-4734 |
| | : | |
| BARRY SMITH et al., | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this __16th__ day of June 2021, upon consideration and independent review of the petition for Writ of Habeas Corpus and Amended Writ of Habeas Corpus (ECFs 1, 13), together with Commonwealth's Response in Opposition (ECF 14), the Report and Recommendation of the United States Magistrate Judge Richard A. Lloret (ECF 18), and the Petitioner's filed Objections (ECF 22), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**